**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

DANIEL K. MAXWELL,

     Plaintiff,

vs.                             CASE NO.: 4:09-cv-378-SPM-WCS

STATE OF FLORIDA,

     Defendant.

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

THIS CAUSE comes before the court upon the Magistrate Judge's Report and Recommendation (doc. 18). Plaintiff has been furnished a copy and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed. Having considered the Report and Recommendation, it is hereby ORDERED AND ADJUDGED as follows:

1. The Magistrate Judge's Report and Recommendation (doc. 6) is ***adopted*** and incorporated by reference in this order.

2. The case is ***dismissed with prejudice***.

3. The Clerk is directed to note on the docket that this cause was dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

4. The Motion to Amend (doc. 17) and Motion for Voluntary Dismissal

(doc. 19) are **_denied as moot_**.

DONE AND ORDERED this <u>twelfth</u> day of March, 2010.

<u>_s/ Stephan P. Mickle_</u>
Stephan P. Mickle
Chief United States District Judge